UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| PENGUIN RANDOM HOUSE LLC, LAURIE HALSE ANDERSON, JOHN GREEN, MALINDA LO, JODI PICOULT, SCOTT BONZ as parent and next friend of HAILIE BONZ, IOWA STATE EDUCATION ASSOCIATION, MARI BUTLER ABRY, ALYSON BROWDER, AND DANIEL GUTMANN, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN ROBBINS in his official capacity as President of the Iowa State Board of Education, MCKENZIE SNOW in her official capacity as Director of the Iowa State Department of Education, CHAD JANZEN in his official capacity as Chair of the Iowa State Board of Educational Examiners, URBANDALE COMMUNITY SCHOOL DISTRICT BOARD OF DIRECTORS, ROSALIE DACA, in her official capacity as Urbandale Community School District Superintendent, NORWALK COMMUNITY SCHOOL DISTRICT BOARD OF DIRECTORS, AND SHAWN HOLLOWAY, in his official capacity as Norwalk Community School District Superintendent, <br><br> Defendants. | Case No. 4:23-cv-00478-SHL-SBJ <br><br> **MOTION TO PERMIT TELEPHONIC HEARING ACCESS** |

The Plaintiffs, Penguin Random House LLC, Laurie Halse Anderson, John Green, Malinda Lo, Jodi Picoult, Scott Bonz as next friend of Hailie Bonz, the Iowa State Education Association, Mari Butler Abry, Alyson Browder, and Daniel Gutmann, move this Court to establish a dial-in number which the Plaintiffs and/or their representatives can use to listen to the hearing on their motion for preliminary injunction on December 22, 2023. In support of their motion, the Plaintiffs state as follows:

1. The Court has scheduled a hearing on the Plaintiff's motion for preliminary injunction for 9:00 a.m. on December 22, 2023. The hearing will occur live at the United States Courthouse in Des Moines.

2. A number of the Plaintiffs or representatives of the institutional plaintiffs live some distance from Des Moines and are unable to attend the hearing in person. They nonetheless wish to hear the proceedings. They will not give testimony or speak at the hearing and do not need the ability to be heard in the courtroom.

3. The Plaintiffs accordingly request that the Court establish a dial-in number from which parties to this lawsuit or their representatives may call in to listen to the preliminary injunction hearing. The Plaintiffs and their representatives will listen for their own purposes only and will not record or broadcast the audio of the hearing.

WHEREFORE, the Plaintiffs, Penguin Random House LLC, Laurie Halse Anderson, John Green, Malinda Lo, Jodi Picoult, Scott Bonz as next friend of Hailie Bonz, the Iowa State Education Association, Mari Butler Abry, Alyson Browder, and Daniel Gutmann, pray this court for an order establishing dial-in telephone number for the preliminary injunction hearing scheduled for December 22, 2023.

THE WEINHARDT LAW FIRM

By /s/ Mark E. Weinhardt
Mark E. Weinhardt	AT0008280
Todd M. Lantz	AT0010162
Jason R. Smith	AT0014862
2600 Grand Avenue, Suite 450
Des Moines, Iowa 50312
Telephone: (515) 244-3100
mweinhardt@weinhardtlaw.com

 tlantz@weinhardtlaw.com
 jsmith@weinhardtlaw.com

 Frederick J. Sperling
 Adam J. Diederich
 Kirstie Brenson
 Meera Gorjala
 ArentFox Schiff LLP
 233 South Wacker Drive, Suite 7100
 Chicago, Illinois 60606
 Telephone: (312) 258-5500
 frederick.sperling@afslaw.com
 adam.diederich@afslaw.com
 kirstie.brenson@afslaw.com
 meera.gorjala@afslaw.com
 *Admitted Pro hac vice*

 *Attorneys for Plaintiffs*

 Christy A.A. Hickman AT0000518
 Becky S. Knutson AT0004225
 Iowa State Education Association
 777 Third Street
 Des Moines, Iowa 50309
 Telephone: (515) 471-8004
 Christy.Hickman@isea.org
 Becky.Knutson@isea.org

 *Attorneys for the Educator Plaintiffs*

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy all attorneys of record on December 20, 2023 via CM/ECF.

By: /s/ Lisa Murrill