## United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen H. Locher

| Case No. 4:23-cv-00478-SHL-SBJ | : | Clerk's Court Minutes – Preliminary Injunction Hearing |

| Plaintiff(s) | Defendant(s) |
|---|---|
| PENGUIN RANDOM HOUSE, LLC et al | JOHN ROBBINS in his official capacity as President of the Iowa State Board of Education et al |

Plaintiff(s) Counsel: Frederick J. Sperling, Mark Weinhardt, Adam Diederich

Defendant(s) Counsel: Daniel J. Johnston, Lindsay Vaught, Eric H. Wessan, Alexa Den Herder, Logan S. Brundage, Emily A. Kolbe, Lindsey Purdy Browning, Nick Davis

Court Reporter: Tonya Gerke         :      Interpreter: N/A

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|
| [P] Motion for Preliminary Injunction, ECF No. 28 | | : | XX |

Proceedings:

Counsel for the Plaintiffs and Defendants appear. Court holds a consolidated hearing with case no. 4:23-cv-474. 10:22 a.m. Plaintiffs' counsel argues in support of their Motion for Preliminary Injunction [28]. 11:03 a.m. Defense counsel argues in opposition. 11:53 a.m. Plaintiffs' counsel presents rebuttal argument. 11:59 a.m. Court adjourns.

Time Start: 9:14 a.m.
Time End:  11:59 a.m.
Date: December 22, 2023

/s/ Kandy Sands
Deputy Clerk