UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| PENGUIN RANDOM HOUSE LLC, LAURIE HALSE ANDERSON, JOHN GREEN, MALINDA LO, JODI PICOULT, SCOTT BONZ as parent and next friend of HAILIE BONZ, IOWA STATE EDUCATION ASSOCIATION, MARI BUTLER ABRY, ALYSON BROWDER, AND DANIEL GUTMANN,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN ROBBINS in his official capacity as President of the Iowa State Board of Education, MCKENZIE SNOW in her official capacity as Director of the Iowa State Department of Education, CHAD JANZEN in his official capacity as Chair of the Iowa State Board of Educational Examiners, URBANDALE COMMUNITY SCHOOL DISTRICT BOARD OF DIRECTORS, ROSALIE DACA, in her official capacity as Urbandale Community School District Superintendent, NORWALK COMMUNITY SCHOOL DISTRICT BOARD OF DIRECTORS, AND SHAWN HOLLOWAY, in his official capacity as Norwalk Community School District Superintendent,<br><br>Defendants. | Case No. 4:23-cv-00478-SHL-SBJ<br><br>**MOTION FOR EXTENSION OF TIME TO RESIST SCHOOL DISTRICT DEFENDANTS' MOTION TO DISMISS**<br><br>**(UNRESISTED)** |

The Plaintiffs, Penguin Random House LLC, Laurie Halse Anderson, John Green, Malinda Lo, Jodi Picoult, Scott Bonz as next friend of Hailie Bonz, the Iowa State Education Association, Mari Butler Abry, Alyson Browder, and Daniel Gutmann, move this Court to extend the time to resist the School District Defendants' motion to dismiss to January 31, 2024. In support of their motion, the Plaintiffs state as follows:

{02106931.DOCX}}}}

- 1 -

1.      Defendants Urbandale Community School District Board of Directors, Rosalie Daca, Norwalk Community School District Board of Directors, and Shawn Holloway (the "School District Defendants") did not resist the Plaintiffs' motion for a preliminary injunction.  Doc. 40.  The School District Defendants nevertheless moved to dismiss the Plaintiffs' Complaint on December 20, 2023.  Doc. 46.  The Plaintiffs' current deadline to resist said motion is January 3, 2024.

2.      Defendants John Robbins, McKenzie Snow, and Chad Janzen (the "State Defendants") will answer or otherwise respond to the Plaintiffs' Complaint by February 9, 2024.  Doc. 52.  Under Local Rule 7(e), the Plaintiffs will resist any motion to dismiss filed by the State Defendants by February 23, 2024.

3.      The Plaintiffs request an extension of time to resist the School District Defendants' motion to dismiss to January 31, 2024.  This request reflects the complexity of the issues, the likelihood of interlocutory appeal, and the postponed briefing schedule on the State Defendants' anticipated parallel motion.

4.       Counsel for the School District Defendants consent to the relief requested in this motion.

WHEREFORE, the Plaintiffs, Penguin Random House LLC, Laurie Halse Anderson, John Green, Malinda Lo, Jodi Picoult, Scott Bonz as next friend of Hailie Bonz, the Iowa State Education Association, Mari Butler Abry, Alyson Browder, and Daniel Gutmann, pray this court for an order extending the time to resist the School District Defendants' motion to dismiss to January 31, 2024.

THE WEINHARDT LAW FIRM

By /s/ Mark E. Weinhardt
Mark E. Weinhardt	AT0008280
Todd M. Lantz	AT0010162
Jason R. Smith	AT0014862
2600 Grand Avenue, Suite 450
Des Moines, Iowa 50312
Telephone: (515) 244-3100
mweinhardt@weinhardtlaw.com
tlantz@weinhardtlaw.com
jsmith@weinhardtlaw.com


Frederick J. Sperling
Adam J. Diederich
Kirstie Brenson
Meera Gorjala
ArentFox Schiff LLP
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
Telephone: (312) 258-5500
frederick.sperling@afslaw.com
adam.diederich@afslaw.com
kirstie.brenson@afslaw.com
meera.gorjala@afslaw.com
*Admitted Pro hac vice*

*Attorneys for Plaintiffs*

Christy A.A. Hickman	AT0000518
Becky S. Knutson	AT0004225
Iowa State Education Association
777 Third Street
Des Moines, Iowa 50309
Telephone: (515) 471-8004
Christy.Hickman@isea.org
Becky.Knutson@isea.org

*Attorneys for the Educator Plaintiffs*

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy all attorneys of record on January 3, 2024 via CM/ECF.

By: /s/ Lisa Murrill

{02106931.DOCX}}}}