IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| PENGUIN RANDOM HOUSE LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN ROBBINS in his official capacity as President of the Iowa State Board of Education, *et al.*,<br><br>Defendants. | Case No. 4:23-cv-00478-SHL-SBJ<br><br>**JOINT MOTION TO STAY DISTRICT COURT PROCEEDINGS PENDING APPEAL** |

Plaintiffs and Defendants John Robbins, McKenzie Snow, and Chad Janzen ("State Defendants") respectfully move the Court for an order staying further proceedings pending the resolution of State Defendants' appeal of the Court's order granting Plaintiffs' motion for a preliminary injunction. In support of their motion, the Plaintiffs and State Defendants state as follows:

1. Plaintiffs filed this suit on November 30, 2023. (Dkt. 1.)

2. Plaintiffs moved for a preliminary injunction on December 8, 2023. (Dkt. 28.)

3. This Court held a hearing on the motion for a preliminary injunction on December 22, 2023. (Dkt. 54.)

4. On December 29, 2023, the Court issued an order granting Plaintiffs' motion for a preliminary injunction. (Dkt. 56.)

5. State Defendants filed a notice of appeal to the United States Court of Appeals for the Eighth Circuit on January 12, 2024.

6.     The appeal is currently docketed as *Penguin Random House v. Robbins*, No. 24-1082 (8th Cir.).

7.     In the interest of judicial economy and efficiency, the Plaintiffs and State Defendants request a stay of further district court proceedings until State Defendants' appeal has been resolved.

8.     Plaintiffs and State Defendants have consulted with the School District Defendants, who oppose a stay of district court proceedings to the extent that stay precludes consideration of their motion to dismiss.

9.     Counsel for the Parties certify that this motion is made in good faith and not for the purposes of delay.

WHEREFORE, Plaintiffs and State Defendants respectfully request that their motion be granted and that the Court stay further district court proceedings until State Defendants' appeal has been resolved, subject to the continuing right of Plaintiffs to seek relief from this Court concerning compliance with the injunction.

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

/s/ *Eric Wessan*
Eric Wessan
Solicitor General

/s/ *Daniel Johnston*
Daniel Johnston
Assistant Attorney General

Iowa Department of Justice
Hoover State Office Building
Des Moines, Iowa 50319

(515) 823-9117 / (515) 281-5191
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov
daniel.johnston@ag.iowa.gov

ATTORNEYS FOR STATE DEFENDANTS

THE WEINHARDT LAW FIRM

By: /s/ *Mark E. Weinhardt*
Mark E. Weinhardt AT0008280
Todd M. Lantz AT0010162
Jason R. Smith AT0014862
2600 Grand Avenue, Suite 450
Des Moines, Iowa 50312
Telephone: (515) 244-3100
mweinhardt@weinhardtlaw.com
tlantz@weinhardtlaw.com
jsmith@weinhardtlaw.com

Frederick J. Sperling
Adam J. Diederich
Kirstie Brenson
Meera Gorjala
ArentFox Schiff LLP
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
Telephone: (312) 258-5500
frederick.sperling@afslaw.com
adam.diederich@afslaw.com
kirstie.brenson@afslaw.com
meera.gorjala@afslaw.com
*Admitted Pro hac vice*

*Attorneys for Plaintiffs*

Christy A.A. Hickman AT0000518
Becky S. Knutson AT0004225
Katherine E. Schoolen AT0010031
Iowa State Education Association
777 Third Street
Des Moines, Iowa 50309
Telephone: (515) 471-8004
Christy.Hickman@isea.org

Becky.Knutson@isea.org
Katie.Schoolen@isea.org

*Attorneys for the Educator Plaintiffs*