IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| PENGUIN RANDOM HOUSE LLC; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS LLC; MACMILLAN PUBLISHING GROUP, LLC; SIMON & SCHUSTER, LLC; THE AUTHORS GUILD; LAURIE HALSE ANDERSON; JOHN GREEN; MALINDA LO; JODI PICOULT; MEGGAN VAN GUNDY, as parent and next friend of GRACE VAN GUNDY.; IOWA STATE EDUCATION ASSOCIATION; LISA PETRIE; and EMILY HOUSE,<br><br>　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>JOHN ROBBINS, in his official capacity as President of the Iowa State Board of Education; MCKENZIE SNOW, in her official capacity as Director of the Iowa Department of Education; CHAD JANZEN, in his official capacity as Chair of the Iowa Board of Educational Examiners; JASON MENKE, RACHEL KENT, KATHERINE HOWSARE, JENNY MEADE, JOSH VANRYSWYK, CARISSA WILLIAMS, and MARGARET YOUNG, in their official capacities as Members of the Urbandale Community School District Board of Education; ROSALIE DACA, in her official capacity as Urbandale Community School District Superintendent; JUSTIN FLETCHER, BRIAN RAUSCH, DANIEL DOERFLER, KATE BALDWIN, and MICHELLE KELLY, in their official capacities as Members of the Norwalk Community School District School Board of Directors; and SHAWN HOLLOWAY in his official capacity as Norwalk Community School District Superintendent,<br><br>　　　　　　　Defendants. | Case No. 4:23-cv-00478—SHL-SBJ<br><br>**JOINT MOTION TO SET BRIEFING SCEDULE** |

Penguin Random House, LLC; Hachette Book Group, Inc.; HarperCollins Publishers LLC; Macmillan Publishing Group, LLC; Simon & Schuster, LLC; The Authors Guild; Laurie Halse Anderson; John Green; Malinda Lo; Jodi Picoult; Meggan Van Gundy, as parent and next friend of Grace Van Gundy; the Iowa State Education Association; Lisa Petrie; and Emily House (the "Plaintiffs"); and John Robbins; McKenzie Snow; and Chad Janzen in their respective official capacities (the "State Defendants"); and Jason Menke; Rachel Kent; Katherine Howsare; Jenny Mead; Josh Vanryswyk; Carissa Williams; Margaret Young; Rosalie Daca; Justin Fletcher; Brian Rausch; Daniel Doerfler; Kate Baldwin; Michelle Kelly; and Shawn Holloway in their respective official capacities (the "School District Defendants") jointly move the Court to set a motions briefing schedule as follows.  In support of this motion, the parties state the following:

1. The Eighth Circuit issued the mandate vacating and remanding the previous preliminary injunction in this case on August 30, 2024.  Doc. 84.  The Court then granted the Plaintiffs leave to file a Second Amended Complaint on September 27, 2024.  Docs. 86, 87.  As discussed in a September 25, 2024 status conference in *Iowa Safe Schools v. Reynolds*, No. 23-cv-474, the Plaintiffs in this case plan to file a renewed for a preliminary injunction.

2. All parties in this case have agreed to a briefing schedule for both the motion for a preliminary injunction and any answers or other responses to the Second Amended Complaint.

3. Under the agreed briefing schedule, the Plaintiffs will move for a preliminary injunction against the State Defendants by October 18, 2024.  The State Defendants will resist the motion by December 2, 2024.  The Plaintiffs will reply by January 6, 2025.  The Plaintiffs will not move for a preliminary injunction against the School District Defendants.

4. The parties request the Court to schedule a hearing on the renewed motion for a preliminary injunction on February 4, 5, or 6, 2025.

5. Under the agreed briefing schedule, the time for all Defendants to answer or otherwise respond to the Second Amended Complaint will be held in abeyance pending the later of (1) the Court's resolution of the renewed motion for a preliminary injunction or (2) the issuance of the mandate following any appeal of the Court's resolution of the renewed motion for a preliminary injunction.

WHEREFORE, the parties move the Court to set the schedule as described above.

THE WEINHARDT LAW FIRM

/s/ Jason R. Smith
Mark E. Weinhardt        AT0008280
Todd M. Lantz            AT0010162
Jason R. Smith           AT0014862
2600 Grand Avenue, Suite 450
Des Moines, Iowa 50312
Telephone: (515) 244-3100
mweinhardt@weinhardtlaw.com
tlantz@weinhardtlaw.com
jsmith@weinhardtlaw.com

Frederick J. Sperling
Adam J. Diederich
Kirstie Brenson
Meera Gorjala
ArentFox Schiff LLP
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
Telephone: (312) 258-5500
frederick.sperling@afslaw.com
adam.diederich@afslaw.com
kirstie.brenson@afslaw.com
meera.gorjala@afslaw.com
(admitted *pro hac vice*)

*Attorneys for the Plaintiffs*

Christy A.A. Hickman      AT0000518
Becky S. Knutson          AT0004225
Katherine E. Schoolen     AT0010031
Iowa State Education Association

777 Third Street
Des Moines, Iowa 50309
Telephone: (515) 471-8004
Christy.Hickman@isea.org
Becky.Knutson@isea.org
Katie.Schoolen@isea.org

*Attorneys for the Educator Plaintiffs*

BRENNA BIRD
Attorney General of Iowa

/s/ Eric Wessan
Eric Wessan
Solicitor General

Patrick C. Valencia
Deputy Solicitor General

Iowa Department of Justice
Hoover State Office Building
Des Moines, Iowa 50319
(515) 823-9117 / (515) 281-5191
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov
patrick.valencia@ag.iowa.gov

*Attorneys for the State Defendants*

/s/ Lindsay A. Vaught
Miriam D. Van Heukelem (AT0010074)
Lindsay A. Vaught (AT0010517)
Emily Kolbe (AT0012313)
Logan S. Brundage (AT0014942)

AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309
(515) 243-7611
(515) 243–2149 (fax)
mvanheukelem@ahlerslaw.com
lvaught@ahlerslaw.com
ekolbe@ahlerslaw.com
lbrundage@ahlerslaw.com

*Attorneys for the School District Defendants*

- 5 -

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy all attorneys of record on October 11, 2024 via ECF.

By:  /s/  Madison Politoski