# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| PENGUIN RANDOM HOUSE LLC; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS LLC; MACMILLAN PUBLISHING GROUP, LLC; SIMON & SCHUSTER, LLC; THE AUTHORS GUILD; LAURIE HALSE ANDERSON; JOHN GREEN; MALINDA LO; JODI PICOULT; MEGGAN VAN GUNDY, as parent and next friend of GRACE VAN GUNDY; IOWA STATE EDUCATION ASSOCIATION; LISA PETRIE; and EMILY HOUSE, <br><br>             Plaintiffs, <br><br>             v. <br><br>JOHN ROBBINS, in his official capacity as President of the Iowa State Board of Education; MCKENZIE SNOW, in her official capacity as Director of the Iowa Department of Education; CHAD JANZEN, in his official capacity as Chair of the Iowa Board of Educational Examiners; JASON MENKE, RACHEL KENT, KATHERINE HOWSARE, JENNY MEADE, JOSH VANRYSWYK, CARISSA WILLIAMS, and MARGARET YOUNG, in their official capacities as Members of the Urbandale Community School District Board of Education; ROSALIE DACA, in her official capacity as Urbandale Community School District Superintendent; JUSTIN FLETCHER, BRIAN RAUSCH, DANIEL DOERFLER, KATE BALDWIN, and MICHELLE KELLY, in their official capacities as Members of the Norwalk Community School District School Board of Directors; and SHAWN HOLLOWAY in his official capacity as Norwalk Community School District Superintendent, <br><br>             Defendants. | Case No. 4:23-cv-00478-SHL-SBJ <br><br>**PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION** <br><br>**HEARING REQUESTED** |

Plaintiffs Penguin Random House, LLC; Hachette Book Group, Inc.; HarperCollins Publishers LLC; Macmillan Publishing Group, LLC; Simon & Schuster, LLC; The Authors Guild; Laurie Halse Anderson; John Green; Malinda Lo; Jodi Picoult; Meggan Van Gundy, as parent and next friend of Grace Van Gundy; the Iowa State Education Association; Lisa Petrie; and Emily House (the "Plaintiffs"), move the Court to issue a preliminary injunction restraining Defendants John Robbins, McKenzie Snow, and Chad Janzen, in their respective official capacities (the "State Defendants"), from enforcing and acting in furtherance of Iowa Code §§ 256.11(9), (19) (SF496 §§ 2, 4), insofar as those provisions apply to materials containing "descriptions . . . of a sex act," Iowa Code § 256.11(19) (SF496 § 4), in school libraries or classroom collections (the "Library Restriction"). In support of their motion, Plaintiffs state as follows:

1. Plaintiffs seek to enjoin the State Defendants from enforcing or acting in furtherance of the Library Restriction because it violates the First Amendment to the United States Constitution.

2. The grounds for Plaintiffs' requested relief are further described in the contemporaneously filed Brief In Support Of Renewed Motion For Preliminary Injunction.

WHEREFORE, Plaintiffs request that this Court:

a. Preliminarily enjoin the State Defendants from enforcing or acting in furtherance of the Library Restriction, which injunction will include, without limitation, a term restraining the State Defendants from using the Library Restriction to impose any penalty upon any school district or employees of any school district for (1) failing to remove any materials from a school library or classroom collection, (2) determining to return removed materials back to a school library or classroom

- 3 -

        collection, or (3) determining to purchase or obtain any materials for a school library or classroom collection;

b.      Find that there is no necessity for, and therefore waive, any requirement for a bond; and

c.      Grant such other relief as is equitable under the circumstances.

THE WEINHARDT LAW FIRM

By: /s/ Mark E. Weinhardt
    Mark E. Weinhardt    AT0008280
    Todd M. Lantz    AT0010162
    Jason R. Smith    AT0014862
    2600 Grand Avenue, Suite 450
    Des Moines, Iowa 50312
    Telephone: (515) 244-3100
    mweinhardt@weinhardtlaw.com
    tlantz@weinhardtlaw.com
    jsmith@weinhardtlaw.com

    Frederick J. Sperling
    Adam J. Diederich
    Kirstie Brenson
    Meera Gorjala
    ArentFox Schiff LLP
    233 South Wacker Drive, Suite 7100
    Chicago, Illinois 60606
    Telephone: (312) 258-5500
    frederick.sperling@afslaw.com
    adam.diederich@afslaw.com
    kirstie.brenson@afslaw.com
    meera.gorjala@afslaw.com
    (admitted *pro hac vice*)

*Attorneys for Plaintiffs*

    Christy A.A. Hickman    AT0000518
    Becky S. Knutson    AT0004225
    Iowa State Education Association
    777 Third Street
    Des Moines, Iowa 50309
    Telephone: (515) 471-8004
    Christy.Hickman@isea.org
    Becky.Knutson@isea.org

*Attorneys for the Educator Plaintiffs*

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy all attorneys of record on October 18, 2024 via CM/ECF.

By: /s/ Maura McNally-Cavanagh