# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | | |
|---|---|---|
| PENGUIN RANDOM HOUSE LLC, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:23-cv-00478-SHL-SBJ |
| | ) | |
| JOHN ROBBINS in his official capacity as | ) | **DECLARATION OF** |
| President of Iowa State Board of Education, et | ) | **LISA PETRIE** |
| al., | ) | |
| Defendants | ) | |

I, Lisa Petrie, declare that the following is true and correct to the best of my knowledge and belief:

1. I am a resident of Iowa, a Teacher Librarian in the Iowa City Community School District ("District"), and a member of the Iowa State Education Association ("ISEA"). This declaration is based upon my personal knowledge and best recollection of events and experiences and my review of documents, records, and other materials. I am over the age of eighteen, competent and of sound mind, and, if called upon, will testify to the matters stated herein.

2. I hold a Master Educator License issued by the Iowa Board of Educational Examiners ("BOEE") with endorsements in 5-12 Spanish and K-12 School Teacher Librarian. Professional conduct and ethics rules related to my licensure require my compliance with all federal, state, and local laws applicable to the fulfillment of my professional obligations. Violation of these ethical standards could result in a sanction against my licensure, including permanent revocation.

3. I have a continuing teaching contract with the District, and in August of 2024, began my eighth consecutive year here. This contract is issued by the District pursuant to Iowa

Code Chapter 279 and may be terminated for just cause. Just cause includes a sanction against my licensure.

4. Prior to returning to the District eight years ago, I worked as a Teacher Librarian in the Souhegan Cooperative School District in Amherst, New Hampshire, for 15 years. Before that, I worked in the District for six years, and also spent two years working at Berg Middle School in Newton, Iowa, where I began my professional library career. This is my 30th consecutive year working as a certified Teacher Librarian.

5. I am the Library Coordinator for the District. My duties include selecting books and other materials for District libraries; approving book orders submitted by all District Teacher Librarians; helping classroom teachers select books for small group and whole-class instructional units; collaborating on the creation of reading lists for students, teachers, and families; facilitating compliance with board approved library policy and educational legislation; and coordinating author visits and other literary events.

6. I am a member of the American Library Association ("ALA") and the American Association of School Librarians, as well as the Iowa Library Association and the Iowa Association of School Librarians. The ALA's core value is intellectual freedom. For over a century, it has been ALA's mission "to provide leadership for the development, promotion, and improvement of library and information services and the profession of librarianship." ALA's Freedom to Read Statement maintains that: "It is in the public interest for publishers and librarians to make available the widest diversity of views and expressions, including those that are unorthodox, unpopular, or considered dangerous by the majority." https://www.ala.org/advocacy/intfreedom/freedomreadstatement. In its interpretation of the Library Bill of Rights for school libraries, ALA states: "Students and educators served by the

2

school library have access to resources and services free of constraints resulting from personal, partisan, or doctrinal disapproval.  School librarians resist efforts by individuals or groups to define what is appropriate for all students or teachers to read, view, hear, or access regardless of technology, formats or method of delivery."  https://www.ala.org/advocacy/intfreedom/librarybill/interpretations/accessresources.  Every year, students and librarians eagerly await the announcement of ALA's Youth Media Awards.  Because of Senate File 496, popular ALA award-winners like *Looking for Alaska*, by John Green (Michael Printz Award, 2006), and *The Fourth Wing*, by Rebecca Yarros (Alex Award, 2024), are no longer available in Iowa school libraries.

7.    The American Association of School Librarians (AASL), a division of the American Library Association (ALA), likewise maintains that: "Intellectual Freedom is every learner's right."  Its publications, *National School Library Standards for Learners, School Librarians, and School Libraries*, and *AASL Standards Framework for Learners*, are fundamental to the development and revision of library standards for students in my District.  Among other things, AASL standards emphasize the need for students to "read widely and deeply for a variety of purposes" and examine diverse perspectives.  https://standards.aasl.org/wp-content/uploads/2018/08/180206-AASL-framework-for-learners-2.pdf.

8.    The Iowa School Library Standards integrate the national standards with Iowa Code, Iowa Administrative Rules, and best practice. https://educate.iowa.gov/media/5218/download?inline.  Specific to my role as the person responsible for overseeing the selection of library materials for the District, the State declares that it is my responsibility to:

3

a. Select and develop a collection of reading and informational materials that support the diverse developmental, cultural, social and linguistic needs of all learners and their communities.

b. Design and conduct activities that develop capable and independent readers.

c. Promote literacy through 1:1 or small-group reader guidance by directing students to resources that are age-appropriate at accessible levels of difficulty and that respond to student interest as well as information needs.

9. Teachers in the State of Iowa are guaranteed certain rights as outlined in the Iowa Board of Educational Examiners *Code of Rights and Responsibilities*. Among other things, this code states that I have the right "to exercise professional judgment in the evaluation, selection, and use of teaching methods and instructional materials appropriate to the needs, abilities, and background of each student." Iowa Admin. Code r. 282—26.2(272).

10. Contrary to the ideals expressed in library standards developed at both the state and national level, the book removal provision in Senate File 496 violates my students' freedom to read, and seriously restricts my ability to respond to the informational needs of my students, especially the legitimate minority of students who have experienced sex or sexual abuse.

11. The book removal provision in Senate File 496 (the "Library Restriction") forbids school library "materials" that contain any description of a sex act. In the libraries in the District, library materials that might contain a description of a sex act are primarily books but could also include newspapers, magazines, and audiobooks. In my experience having taught in multiple Iowa school districts and having attended trainings that are held for all Iowa librarians, those are the types of materials that fall within the scope of the Library Restriction in all school libraries across the State.

12.    The Library Restriction violates my right to exercise professional judgment in selecting library books for the students in the District.  The Library Restriction forces me to "restrain a student from independent action in the pursuit of learning" and "deny students access to varying points of view," things that the *Code of Rights and Responsibilities* says I should <u>not</u> do.  Iowa Admin. Code r. 282—26.3(272).  Furthermore, the Library Restriction forces me to choose between selecting important, relevant, constitutionally protected books for the students who use the school library or exposing my District, District teachers, and myself to penalties, up to and including loss of licensure.

13.    The first words in Senate File 496 ("SF496") are: AN ACT RELATING TO CHILDREN AND STUDENTS, INCLUDING ESTABLISHING A PARENT'S OR GUARDIAN'S RIGHT TO MAKE DECISIONS AFFECTING THE PARENT'S OR GUARDIAN'S CHILD.  Proponents of SF496 suggest that, before the bill was signed into law, parents had little to no control over what their children were reading.  In my experience, this suggestion is not true.  I am not aware of a single time in my fifteen years in the District when parents and guardians didn't have the right to make decisions affecting their child's learning opportunities.  I welcome that participation.  I encourage children to talk to their parents about what they're reading.  I am committed to helping students select books that align with their family's values.  For as long as I've worked in the District, parents have had ample opportunity to influence their children's learning, and hold great power by electing school board representatives who serve their students.  Instead of bolstering parental rights, the Library Restriction actually limits many parents' rights, namely the right to send their child to a school that allows their teachers to exercise fully their professional judgment.  No two families or communities in Iowa are alike.  The District's selection policy reflects the values and needs of *my* community.  The Library

Restriction strips my District of local control by restricting my ability to use my professional judgment in making decisions about library books for students in our schools.  As a result of limiting local control, the Library Restriction gives parents *fewer* rights; not more.

14.    One of the District's Strategic Plan goals is to see 80% of our students score proficient or advanced in reading on the Iowa Statewide Assessment of Student Progress (ISASP) by 2027.  *See* https://www.iowacityschools.org/our-district/strategic-plan.  In addition to acquiring and developing reading skills in the general education classroom, we know that students develop fluency and confidence in reading when they are given the opportunity to choose books they are personally interested in and are given time to read and talk about those books with peers and adults. School libraries play a pivotal role in providing a diverse selection of relevant and engaging books that represent *every* student in our schools.

15.    Teacher Librarians are trained to understand the importance of exposing students to diverse authors, perspectives, and topics, and we look to professional review journals and our professional code to help us make those decisions.  We develop relationships with our students and talk to them about the books they choose.  We know that for many kids, popular fiction engages them in ways that other literature might not.  It is imperative to me as a librarian that we listen to students in order to ensure that their lives and experiences are represented in our collections, whether or not those experiences are shared by many of their peers or are part of the dominant culture.  When students see themselves in books, they understand that they can connect with a caring adult who has selected books for them.  They know they can ask for books that fuel their interests and passions.  They feel comfortable checking out books that answer questions about their maturing bodies, and the emotions associated with coming of age.  And as Jessica Levine discusses in the October 2024 issue of *School Library Journal*, "recognition of diverse voices

6

promotes reading success." In many cases, a school library provides the only access many kids have to books that deeply impact their lives. By forcing librarians to remove books of particular relevance to students, the Library Restriction is especially harmful to those who can't afford to buy those books or aren't able to access a public library. This makes it less likely that these students will develop a love of reading and a habit of reading for personal growth. A primary goal for me is to help find the right book for the right kid at the right time. Restricting the ability to exercise my professional judgment in helping students find books they need is detrimental to students' learning and growth.

16.    The legal age of sexual consent in Iowa is 16. Minors in Iowa who are 16 can consent to marriage with special permission. For four years, I was the Teacher Librarian at the alternative high school in the District that was designed, in part, to accommodate the schedules of young parents. By requiring all teachers in Iowa to certify as mandatory child abuse reporters, the State acknowledges that even our youngest students are often victims of sexual abuse and violence. If students have experienced sexual trauma or abuse or need help making healthy sexual decisions, reading about these experiences can help them understand that they are not alone and helps them develop agency to talk about their experience with a trusted adult. If students haven't experienced trauma, books help them empathize with those who have.

17.    *Sold*, by Patricia McCormick and *Ordinary Hazards*, by Nikki Grimes are two examples of popular and important books that represent experiences of sexual abuse by family members. These are experiences that some of the marginalized students in the District have had. These books are a lifeline for kids and belong on our shelves. They would still be there if not for the Library Restriction.

18.     With the exception of religious texts, which legislators chose to protect from removal under the Library Restriction, the Library Restriction completely ignores the value of books as a whole and prohibits librarians from applying our professional judgment and experience to select books on sensitive subjects for kids at a variety of age levels.  It forces me to remove from our library collections popular and award-winning books that allow students to understand and process consensual or abusive sexual experiences that are common among both young and maturing teens.  In Jodi Picoult's popular novel *Nineteen Minutes*, it becomes clear to the reader that a teenage girl is forced by her boyfriend into making unhealthy sexual choices, and the situation is not good for her.  From the outside, the reader is able to identify a toxic relationship and recognize the signs.  Instead of living this experience, though, students can process it in a safe environment by reading and talking about it with others.  The books that I have mentioned help students make informed choices, and can literally save their lives.  By forcing me to remove these books, the State is robbing my students of opportunities to process similar experiences in their own lives or learn about potentially life-altering experiences through the lives of others.  In no way do the descriptions of a sex act in these books make them pornographic or obscene.

19.     While some elected officials and their supporters reference "pornography" as the target of the Library Restriction, I have never seen pornography or obscene materials in a public school library, including any of the libraries in my District.  School library books are selected and curated by trained professionals who apply their training, experience, and professional judgement to curate library collections and who assist classroom teachers in curating their collections of developmentally appropriate library books.  Different library books are made available to students of different ages.  Our professional training requires books that are appropriate and valuable for high school students but that may be too mature for elementary school students not be made

available to elementary school students, and I take my professional responsibilities seriously. When a community member challenges a specific book that another District Librarian or I have selected, the District Superintendent convenes a committee that consists of a teacher, a different librarian, an administrator, a curriculum coordinator, and three community members. The committee reviews the challenged book, considering educational criteria, the value of each book as a whole, and community standards. The committee ultimately votes to remove the book from the school library, limit access to it to a higher grade level, or keep the book. I trust the community members who are chosen to serve on that reconsideration committee — including parents — to make the best decision on behalf of our students.

20.    Iowa City is recognized as a UNESCO City of Literature, one of only two in the entire country. We are fortunate in the District to have access to authors who teach and study at the world-famous Iowa Writers Workshop and the International Writing Program at the University of Iowa. Teacher Librarians and educators at all levels draw from the richness of this literary community in developing reading experiences for our students. We invite these authors into our classrooms and do not shy away from mature titles when making selections for our libraries, particularly because so many of our older students enroll in Advanced Placement (AP) literature courses and look to their school libraries for books found on AP and college-bound reading lists. The Library Restriction seriously restricts my professional judgment in providing students with access to many adult titles, including adult titles with special appeal to young adults — books like *The Glass Castle*, by Jeannette Walls and *I'm Glad My Mom Died*, by Jennette McCurdy. I am also forced to restrict access to award-winning adult books like *A Thousand Acres*, by Jane Smiley, a Pulitzer Prize-winning novel written and set in Iowa; *The God of Small Things*, by Arundhati Roy; and *Homegoing*, by Yaa Gyasi. If we are truly committed to preparing our students to engage

9

in college-level coursework, our students deserve access to a rich selection of outstanding literature and they deserve our trust that they are mature enough to read these books if that is what they choose to do.

21.     Not only does the Library Restriction prohibit student access to popular, relevant, and award-winning books, it is vague and difficult to understand, with serious consequences for failure to comply.  Despite the fact that the other Teacher Librarians in my District and I have spent hundreds of hours reading and reviewing books in order to establish a common understanding of the law, we are left with uncertainty in many cases.  We are sometimes uncertain as to whether or not a passage in a book is a definition or a description of a sex act, particularly when it comes to informational text.  Books like *It's Not the Stork!*, by Robie Harris, and *Real Talk About Sex and Consent*, by Cheryl M. Bradshaw, answer important questions about reproduction and sex, but do they define sex or describe it, and are those the same thing?  Do descriptions of sex presented in figurative or evocative language — poetry by e. e. cummings, Pablo Neruda, or Allen Ginsberg, for example — violate the Library Restriction?  We spent an inordinate amount of time in the District trying to determine whether or not suggestive poems in Walt Whitman's famous poetry collection, *Leaves of Grass*, violate the law.  I'm still not certain we made the right call.  But when Teacher Librarians across the State and I have confidence that certain works of classic literature clearly violate the law and when we remove these books from shelves, we are scolded by legislators for doing something they supposedly never intended the law to do.  We are accused of being "political" when the work of actually following the law results in the removal of highly regarded literature.  How is a Teacher Librarian expected to operate in that space?  I am following the law as the District and I understand it.  Failure to comply with the law as written — or going only so far as to guess at a particular elected official's intent — leaves the District, District

10

Librarians, and me exposed to penalties.  Until this law is overturned, I will always be looking over my shoulder, forced to review books through a misguided definition of "age appropriate" that actually requires me to ignore the age of my students, wondering what I missed.

22.     Some parents in Iowa fear their children are not ready for certain content.  I deeply respect that and believe they genuinely care about their kids.  This does not mean, though, that they have a right to limit access to books on behalf of *all* parents or to seriously restrict my ability to exercise my professional judgment in selecting books for my students.  Nobel Prize-winning Physicist Marie Curie said, "Nothing in life is to be feared; it is only to be understood."  It is my belief that prohibiting access to certain books at a time when students are most likely to need them robs students of crucial opportunities to think critically about important issues and make informed decisions.  How does restricting access to information help our curious kids stay safe when they feel they have a need to know?  If students can't trust us to provide access to information, where will they turn instead?

23.     On October 1, 2024, an 18-year-old student in the District walked into her high school library to renew a book that she'd checked out weeks earlier, during a time when our non-compliant books were allowed to be on our shelves.  This student is a slow reader and never liked to read, but she'd made a personal connection with *Black Girl Unlimited*, by Echo Brown.  In between the time she originally checked out the book and the day she stopped by the library to renew it, our District had directed that, once again, books that did not meet the State's Library Restriction standard had to be pulled from shelves.  I had to make the call that this student could not renew the book.  It was devastating to me, because I knew in that moment we likely lost a reader — one who had *finally* made a connection — and had damaged her trust in our desire and ability to help her grow as a reader.  It felt awful.  Upon reflection, it reminded me of a passage

11

from *To Kill A Mockingbird*, by Harper Lee, historically one of the most frequently challenged and banned books in the country. In that book, the narrator recalls that at a young age, a teacher told her she had to stop reading adult books with her father. The narrator says, "Until I feared I would lose it, I never loved to read. One does not love breathing." She'd taken for granted a right that she never imagined she'd lose. This is where I'm at in Iowa, stunned to realize that the State is forcing me to be that librarian telling disillusioned students they have to stop reading the books that matter most to them. I sincerely hope the court strikes down this harmful law.

Dated: 10/17/24
Iowa City, Iowa

Lisa Petrie

12