# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | | |
|---|---|---|
| PENGUIN RANDOM HOUSE LLC, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:23-cv-00478-SHL-SBJ |
| | ) | |
| JOHN ROBBINS in his official capacity as President of Iowa State Board of Education, et al., | ) ) ) | **DECLARATION OF EMILY HOUSE** |
| Defendants | ) | |

I, Emily House, declare that the following is true and correct to the best of my knowledge and belief:

1.      I am a resident of Iowa, a High School Language Arts Teacher at the Southeast Polk Community School District ("District"), and a member of the Iowa State Education Association ("ISEA").  This declaration is based upon my personal knowledge and best recollection of events and experiences and my review of documents, records, and other materials.  I am over the age of eighteen, competent, and of sound mind and, if called upon, will testify to the matters stated herein.

2.      I have a Bachelor of Arts degree in English.  This undergraduate degree gave me a solid foundation in understanding the purpose of literature, both inside and beyond the classroom.  I have a Master's of Arts in Teaching which provided me with expertise in pedagogy.  Beyond these degrees, I hold a Master Educator License issued by the Iowa Board of Educational Examiners ("BOEE") with endorsements in 5-12 Reading and 5-12 English and Language Arts.  Obtaining my Reading endorsement gave me the skills to diagnose and address student difficulties in reading. Additionally, I have attended many literacy conferences to ensure my learning and resources stay relevant and appropriate to the needs of the students in front of me.  My expertise in both the art and

1

science of reading, coupled with my expertise in adolescent development, uniquely qualifies me to select literature that is both valuable and also appropriate for students.

3. Professional conduct and ethics rules related to my licensure by the BOEE requires my compliance with all federal, state, and local laws applicable to the fulfillment of my professional obligations. Violation of these ethical standards could result in a sanction against my licensure, including permanent revocation.

4. I have a continuing teaching contract with the District. In August 2024, I began my seventh year with the District (and my eleventh year overall). This contract is issued by the District pursuant to Iowa Code Chapter 279 and may be terminated for just cause. Just cause includes a sanction against my licensure.

5. The District's High School contains grades 10, 11 and 12. I teach *American Experience*, a literature elective, and *Composition*, a writing elective. Both classes contain a mixture of 11th and 12th grade students.

6. Teachers who work in the area of literacy understand that there is a distinction between "learning to read" and "reading to learn." It might be assumed that by the time students reach grades 11 and 12, students have mastered how to read. As a secondary teacher, I have learned that there are a variety of factors that prevent some students from fully mastering the skill of reading. When students progress from learning to read to reading to learn, their practice requires understanding and discipline that goes well beyond the language arts classroom. To meet students where they are in their reading journey and to help them build the skills and stamina inherently required to progress, it is useful and necessary for them to have access to a diversity of engaging texts. I provide my students that access through the classroom library that I maintain.

7. As an English and Language Arts educator, I have professional expertise in pairing students with books to cultivate a love of reading and learning. Sometimes, it is most powerful to let

2

a student choose a book independently.  Other times, it is more impactful to pull a title and recommend it, all while using my knowledge of their reading level, the growth they need to make against the standards, and the student as a whole person.

8.    As a result of the book removal provision in Senate File 496 (the "Library Restriction"), I have been required to remove titles from my classroom library that have proven to be valuable tools for my students over the years.  One such title is *The Glass Castle* by Jeannette Walls.  This text shows a way of growing up that may seem foreign to many but holds a deep relevance for some students.  It helps them see a way to move beyond childhood trauma into a safe and fulfilling life.  Another valuable text is *Looking for Alaska* by John Green.  This book has captured the attention of many of my student readers over the years, both as a window and a mirror.  For some, they feel seen.  For others, they see another perspective.  For all, this text is often a springboard to embracing reading for enjoyment.  *The Color Purple* by Alice Walker is yet another text that can open eyes and hearts to the realities of life.  It has helped readers move from shame caused by experiences in their lives beyond their control to an ability to find beauty and faith.  *The Perks of Being a Wallflower* by Stephen Chbosky similarly shows students that they are not alone, even if they have experienced some of the most difficult things a human can.  All of these books serve a purpose that can truly save a life; they show us we are not alone.

9.    The Library Restriction prohibits any book containing a description of a sex act.  The reality of this law seems to mean that books that describe sexual assaults are prohibited.  This robs survivors of the life-saving opportunity to see their experiences depicted and validated as important.  Moreover, it robs them of the chance to see how protagonists survive.  Many of the books that are prohibited by the Library Restriction feature the stories of people from marginalized communities.  This further robs students of access to diverse authors and ideas, whether they need those stories as the roadmap to their own survival or to create the moment in which their empathy blooms.

3

10. A great concern regarding the Library Restriction is not knowing what harm will come to me as an educator if the state imposes penalties for noncompliance. Those penalties are even more drastic because the State has not provided educators with guidance concerning how to implement the Library Restriction. Nor has it identified any metric or tool by which the State will assess districts' and educators' compliance efforts. The fear and confusion that the Library Restriction has created has resulted in some school districts erring on the side of removing books in order to avoid penalties.

11. My failure to comply with the Library Restriction could put my employment and career in jeopardy, as well as imperil my administration and the District.

12. I have been a classroom teacher for eleven years. I have worked in three buildings and many classrooms during my tenure. My classroom library contains many books that I have curated with intention and with consideration of the needs of my students and our community and of the value of those books. It also contains those passed down to me by teachers who have left the classroom whose own unique and expert opinions went into their choosing. I have over 200 books in my classroom library ready for students to peruse, choose, abandon, ignore, or enjoy. The Library Restriction requires me to censor those books, ignore my professional judgment and experience, and limit my students' access to certain books, authors, and ideas, regardless of their age, maturity, lived experience, and personal interest.

13. I have heard Iowa politicians reference "pornography" as the target of the Library Restriction, but I have never witnessed pornography or obscene materials in a public school, including in the District.

14. My District has long had a policy that permits parents or guardians of students in the District to limit those students' access to library materials by request.

4

15. The Library Restriction is overbroad. I say this as someone who has spent years studying adolescent development and literacy instruction. I believe it prohibits student access to quality and award-winning books. I believe it is vague and difficult to understand but with dire consequences for failure to comply. I have seen no guidance from the state on how to ensure compliance in my classroom.

Dated: 10/17/24
Pleasant Hill, Iowa

_____
Emily House