# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | | |
|---|---|---|
| PENGUIN RANDOM HOUSE LLC, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:23cv0478 |
| | ) | |
| JOHN ROBBINS in his official capacity as | ) | **DECLARATION OF** |
| President of the Iowa State Board of Education, et | ) | **SKIP DYE** |
| al., | ) | |
| | ) | |
| Defendants. | ) | |

I, Skip Dye, declare that the following facts are true and correct to the best of my knowledge and belief:

1.    I am the Senior Vice President, Library Sales, and Digital Strategy for Penguin Random House. I have spoken to several educators and librarians about the provision of Senate File 496 that requires the removal of school library books that contain any description of a sex act (the "Library Restriction"), hearing their stories of confusion, frustration, and fear. The Library Restriction has created stigma and self-censorship among teachers and librarians, breaking the link between authors and their readers. I have personal knowledge of all the matters set forth in this declaration.

2.    My personal story highlights the importance of libraries in providing access to books. I come from a family that could not afford to purchase books and that relied on the library as the only means to access books and ideas. Teachers played a significant role in introducing me to new ideas and new experiences, and in broadening my understanding of others. This underscores the importance of the work I do at Penguin Random House to ensure that books are available in libraries and that educators and librarians have the freedom to choose books that meet

the needs and abilities of their students.  There are others like me, who come from families that could not afford to purchase books.  If we did not have the freedom to read whatever we chose, we would have been denied the opportunity to access a wide range of ideas and stories, much less the opportunity to become the people we are today.  The Library Restriction and other similar laws that restrict access to books based on vague, inflexible standards threaten democracy and constitutional rights and harm young people who rely on libraries as their only means to access books and ideas.

3.      Penguin Random House creates books for everyone.  This is our mission.  We are proud to publish a vast range of ideas and stories from across the spectrum of identities, viewpoints, and perspectives.  Penguin Random House publishes an unrivaled mix of great literature written by more than 80 Nobel Laureates and hundreds of the world's most widely read adult and children's novelists and nonfiction authors, such as Toni Morrison, President George W. Bush, William Faulkner, Pope Francis, Michelle Obama, Dan Brown, John Grisham, Ann Coulter, Roald Dahl, David Brooks, and Dr. Seuss.

4.      As a publisher, we commission books based on ideas presented by authors.  Once that idea finds form in a final manuscript, we begin the work of finding readers for it.  Librarians and teaching professionals are the best and most skillful connectors in matching books to students. We work with the library community closely to ensure that they can effectuate their mission of curating quality titles that are calibrated to the specific individuals and communities they serve.

5.      The Library Restriction and other similar laws threaten to chill authors' creative processes.  For fear of being stigmatized, authors may decide, consciously or subconsciously, not to include language that may describe a sex act.  In that way, the effects of the Library Restriction

run deeper and threaten more harm than is suggested by the lists of books that have been identified for removal.

6.    Penguin Random House has published many important books that have been removed from school libraries in Iowa due SF 496, including *Beloved* by Toni Morrison; *Song of Solomon* by Toni Morrison; *The Bluest Eye* by Toni Morrison; *Last Night at the Telegraph Club* by Malinda Lo; *Ulysses* by James Joyce; *As I Lay Dying* by William Faulkner; *Breathless* by Jennifer Niven; *The Fault in Our Stars* by John Green; *Looking for Alaska* by John Green; *The Handmaid's Tale* by Margaret Atwood; and *I Know Why The Caged Bird Sings* by Maya Angelou.

7.    There is no universal, clear-cut way to categorize a book.  Students of the same age differ in their ability to understand based on their reading level, cognitive development, and life experience.  Penguin Random House respects educators and librarians who are trained professionals to select books based on these factors and to guide students in their independent reading.

8.    Penguin Random House does not publish pornography.  The titles populating district removal lists include the most enduring classics in the history of literature, including the works of Toni Morrison, George Orwell, and William Faulkner.  These are works whose literary acclaim and commercial appeal are without equal.  They are not books about sex; they are books about the entire range of human experience.  Reducing them to one passage or one topic ignores the value of these works.  There is no book we carry for which we do not stand behind the literary, scientific, artistic, or political value.

9.    Penguin Random House is committed to publishing books for all readers, representing a wide range of ideas and stories from diverse perspectives.   Students are an important audience for many of our books, and school libraries are a key forum for those students

3

to access our works. The Library Restriction prevents us from carrying out our mission of putting our authors in communication with readers by imposing a state blockade. We are unable to sell many titles to school districts, and the stigma attached to them travels even beyond the school setting. This does not just reduce readership for the specific books being removed; it also reduces readership of authors' other works. The increased burden of having to go to a separate public library or having to purchase a book also means many students will lose access to our works. Our books often appeal to students at particular times in their lives, so the opportunity to speak to them is lost if they cannot find our books in their school library. Librarians are often the greatest champions of our works, which means that critical voices in the literary marketplace are increasingly missing.

10.     Penguin Random House; Hachette Book Group; HarperCollins Publishers LLC; Macmillan Publishing Group, LLC; and Simon & Schuster, LLC (collectively the "Publisher Plaintiffs") are the five largest trade publishers in the world. Many books published by the Publisher Plaintiffs have been removed or identified for removal from school libraries in Iowa under the Library Restriction, which limits the audience for the Publisher Plaintiffs' books.

11.     Attached hereto as Exhibit C-1 is a true and correct copy of a May 3, 2023 letter concerning Senate File 496 from Michelle Kruse of the Iowa Association of School Librarians and Sam Helmick of the Iowa Library Association to then-Director Chad Alsis of the Iowa Department of Education.

12.     The books described in Plaintiffs' Motion For Preliminary Injunction and Brief In Support were reviewed under my direction. To my knowledge and belief, all the descriptions are accurate.

13.     Some of the books that Iowa schools have identified for removal from their libraries under the Library Restriction are *Beloved*, *Song of Solomon*, and *The Bluest Eye*, written by Toni Morrison and published by Penguin Random House; *Last Night at the Telegraph Club*, written by Malinda Lo and published by Penguin Random House; *Ulysses* by James Joyce; *As I Lay Dying* by William Faulkner; *The Fault in Our Stars* and *Looking for Alaska*, written by John Green and published by Penguin Random House; *I Know Why The Caged Bird Sings*, written by Maya Angelou and published by Penguin Random House; *Night*, written by Elie Wiesel and published by Macmillan Publishing Group, LLC; *Speak* and *Shout*, written by Laurie Halse Anderson and published by Macmillan Publishing Group, LLC; *The Rape of Nanking*, written by Iris Chang and published by Hachette Book Group; *Native Son*, written by Richard Wright and published by HarperCollins Publishers LLC; *Nineteen Minutes*, written by Jodi Picoult and published by Simon & Schuster, LLC; and *Catch-22*, written by Joseph Heller and published by Simon & Schuster, LLC.

14.     A true and correct copy of a chart that compiles all Iowa school district book removal lists prior to the Court's order preliminarily enjoining the Library Restriction is attached hereto as Exhibit C-2.  This spreadsheet was prepared at my direction and collects information available on school district book removal lists from 37 school districts in Iowa.  The information was taken from the Des Moines Register's database of those books, which it compiled from public school district records.  This database is available at https://databases.desmoinesregister.com/database-books-removed-from-libraries-in-iowa-school-districts/.

15.     A true and correct copy of a chart that compiles Iowa school district book removal lists as of June 6, 2024—while the Court's preliminary injunction was in effect—is attached hereto

as Exhibit C-3.  This spreadsheet was prepared at my direction and collects information available on school district book removal lists from 94 school districts in Iowa.  The information was taken from the Des Moines Register's database of those books, which it compiled from public school district records.  This database is available at https://www.desmoinesregister.com/story/news/education/2024/06/10/iowas-book-ban-battle-the-data-on-nearly-3400-removed-books/73721233007.

16.    A true and correct copy of the following news article is attached hereto as Exhibit C-4: Robin Opsahl, *Iowa Department of Education does not commit to clarifying K-12 book restriction rules*, Iowa Capital Dispatch (Aug. 3, 2023), https://iowacapitaldispatch.com/2023/08/03/iowa-department-of-education-does-not-commit-to-clarifying-k-12-book-restriction-rules/.

17.    A true and correct copy of the following news article is attached hereto as Exhibit C-5: Samantha Hernandez, *Iowa schools may finally get help from the state with the new book ban law.  What to know*, Des Moines Register (Oct. 25, 2023), https://www.desmoinesregister.com/story/news/education/2023/10/25/iowa-department-of-education-set-first-deadlines-for-guidance-on-banned-books-sf496/71291446007/.

18.    True and correct copies of Urbandale Board Policy Exhibit 0631B-E(1) and Urbandale Board Policy 0631C, which permit parents of Urbandale students to regulate their children's access to school library books, are attached hereto as Exhibit C-6.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, NY
[CITY/STATE]

Skip Dye

6