# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| PENGUIN RANDOM HOUSE LLC; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS LLC; MACMILLAN PUBLISHING GROUP, LLC; SIMON & SCHUSTER, LLC; THE AUTHORS GUILD; LAURIE HALSE ANDERSON; JOHN GREEN; MALINDA LO; JODI PICOULT; MEGGAN VAN GUNDY, as parent and next friend of GRACE VAN GUNDY.; IOWA STATE EDUCATION ASSOCIATION; LISA PETRIE; and EMILY HOUSE, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN ROBBINS, in his official capacity as President of the Iowa State Board of Education; MCKENZIE SNOW, in her official capacity as Director of the Iowa Department of Education; CHAD JANZEN, in his official capacity as Chair of the Iowa Board of Educational Examiners; JASON MENKE, RACHEL KENT, KATHERINE HOWSARE, JENNY MEADE, JOSH VANRYSWYK, CARISSA WILLIAMS, and MARGARET YOUNG, in their official capacities as Members of the Urbandale Community School District Board of Education; ROSALIE DACA, in her official capacity as Urbandale Community School District Superintendent; JUSTIN FLETCHER, BRIAN RAUSCH, DANIEL DOERFLER, KATE BALDWIN, and MICHELLE KELLY, in their official capacities as Members of the Norwalk Community School District School Board of Directors; and SHAWN HOLLOWAY in his official capacity as Norwalk Community School District Superintendent, <br><br> Defendants. | Case No. 4:23-cv-00478-SHL-SBJ <br><br> **UNOPPOSED MOTION TO SEQUENCE ORAL ARGUMENT** |

Plaintiffs in this case (the "Penguin Plaintiffs") move the Court to hear argument on the Penguin Plaintiffs' Motion For Preliminary Injunction in this case prior to hearing argument on the Iowa Safe Schools Plaintiffs' Motion For Preliminary Injunction in case number 4:23-cv-00474-SHL-SBJ. In support of their motion, the Penguin Plaintiffs state as follows:

1. The Penguin Plaintiffs are seeking to preliminarily enjoin only the Library Restriction and only as to "descriptions" not as to "visual depictions."

2. The Iowa Safe Schools Plaintiffs are seeking to preliminarily enjoin the Library Restriction as to both "descriptions" and "visual depictions" as well as the Gender Identity And Sexual Orientation Provision and the Gender Identity Notification Provision.

3. To avoid entangling the Penguin Plaintiffs' Motion with the Iowa Safe Schools Plaintiffs' Motion, the Penguin Plaintiffs request that their motion be heard first and separately at the February 6 hearing.

4. Counsel for the State Defendants and counsel for the School District Defendants in the Penguin Plaintiffs' case consent to this request.

5. Counsel for the Iowa Safe School Plaintiffs do not oppose this request. If the Court denies this request, counsel for the Iowa Safe Schools Plaintiffs consent to counsel for the Penguin Plaintiffs presenting their argument first concerning the Library Restriction.

WHEREFORE, the Penguin Plaintiffs request that the Court sequence oral argument so that the Penguin Plaintiffs' Motion For Preliminary Injunction will be heard first and separately at the February 6 hearing.

THE WEINHARDT LAW FIRM

By: /s/ Mark E. Weinhardt
    Mark E. Weinhardt    AT0008280
    Todd M. Lantz    AT0010162
    Jason R. Smith    AT0014862
    2600 Grand Avenue, Suite 450
    Des Moines, Iowa 50312
    Telephone: (515) 244-3100
    mweinhardt@weinhardtlaw.com
    tlantz@weinhardtlaw.com
    jsmith@weinhardtlaw.com

    Frederick J. Sperling
    Adam J. Diederich
    Kirstie Brenson
    Meera Gorjala
    ArentFox Schiff LLP
    233 South Wacker Drive, Suite 7100
    Chicago, Illinois 60606
    Telephone: (312) 258-5500
    frederick.sperling@afslaw.com
    adam.diederich@afslaw.com
    kirstie.brenson@afslaw.com
    meera.gorjala@afslaw.com
    (admitted *pro hac vice*)

*Attorneys for Plaintiffs*

    Christy A.A. Hickman    AT0000518
    Becky S. Knutson    AT0004225
    Katherine E. Schoolen    AT0010031
    Iowa State Education Association
    777 Third Street
    Des Moines, Iowa 50309
    Telephone: (515) 471-8004
    Christy.Hickman@isea.org
    Becky.Knutson@isea.org
    Katie.Schoolen@isea.org

*Attorneys for the Educator Plaintiffs*

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy all attorneys of record on January 8, 2025 via ECF.

By: /s/ Maura McNally-Cavanagh

2

4913-4318-0301, v. 1