## United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen H. Locher, U.S. District Judge

Case No. 4:23-cv-00478-SHL-SBJ  :  Clerk's Court Minutes – Preliminary Injunction Hearing

| Plaintiff(s) | Defendant(s) |
|---|---|
| Penguin Random House, LLC; Hachette Book Group, Inc; HarperCollins Publishers, LLC; Macmillan Publishing Group, LLC; Simon & Schuster, LLC; The Authors Guild; Laurie Halse Anderson; John Green; Malinda Lo; Jodi Picoult; Meggan Van Gundy; Iowa State Education Association; Lisa Petrie; and Emily House | John Robbins; McKenzie Snow; Chad Janzen; Jason Menke; Rachel Kent; Katherine Howsare; Jenny Meade; Josh Vanryswyk; Carissa Williams; Margaret Young; Rosalie Daca; Justin Fletcher; Brian Rausch; Daniel Doerfler; Kate Baldwin; Michelle Kelly; and Shawn Holloway |

Plaintiff(s) Counsel: Frederick J. Sperling; Kirstie Brenson; Dan Novack; Katie Schoolen; Christy Ann Aumer Hickman; Becky S. Knutson;

Defendant(s) Counsel: William Admussen; Eric H. Wessan; Patrick Cannon Valencia; Emily A. Kolbe; Logan S. Brundage; Breanne Stoltze

Court Reporter: Tonya Gerke  :  Interpreter: N/A

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|
| Plaintiff's Motion for Preliminary Injunction (ECF 94) | | : | X |

Proceedings:

Court in session with counsel personally present for a consolidated Preliminary Injunction Hearing with Case No. 4:23-cv-00474. 9:06 a.m. Counsel for Plaintiffs in Case No. 4:23-cv-00478 argues in support of the Motion for Preliminary Injunction (ECF 94). 9:46 a.m. Counsel for the State Defendants responds. 10:11 a.m. Counsel for Plaintiffs argues in rebuttal. 10:17 a.m. Court recesses. 10:38 a.m. Court resumes. 10:39 a.m. Counsel for the School District Defendants confirms the School District Defendants do not wish to be heard. 10:40 a.m. Counsel for Plaintiffs in Case No. 4:23-cv-00474 argues in support of the Motion for Preliminary Injunction (ECF 115). 11:07 a.m. Counsel for the State Defendants responds. 11:27 a.m. Counsel for Plaintiffs argues in rebuttal.

The Court considers the Motions fully submitted and will issues rulings as promptly as possible. Court adjourns.

Time Start: 9:04 a.m.
Time End: 11:34 a.m.
Date: February 6, 2025

/s/ M. Mast
Deputy Clerk