# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| PENGUIN RANDOM HOUSE LLC, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOHN ROBBINS in his official capacity as President of the Iowa State Board of Education, *et al.*, <br><br> *Defendants*. | Case No. 4:23-cv-00478-SHL-SBJ <br><br><br> **STATE DEFENDANTS' NOTICE OF APPEAL** |

Notice is hereby given that Defendants John Robbins, in his official capacity as President of the Iowa State Board of Education, McKenzie Snow, in her official capacity as Director of the Iowa State Department of Education, and Chad Janzen, in his official capacity as Chair of the Iowa State Board of Educational Examiners ("State Defendants"), appeal to the United States Court of Appeals for the Eighth Circuit the district court's order (R. Doc. 113), dated and filed on March 25, 2025, granting Plaintiffs' renewed motion for a preliminary injunction, which was filed on October 18, 2024 (R. Doc. 94).

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

/s/ *Eric Wessan*
Eric Wessan
*Solicitor General*

Patrick C. Valencia
*Deputy Solicitor General*

William C. Admussen
*Assistant Solicitor General*

Iowa Department of Justice
Hoover State Office Building
Des Moines, Iowa 50319
(515) 823-9117 / (515) 281-5191
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov
patrick.valencia@ag.iowa.gov
william.admussen@ag.iowa.gov

ATTORNEYS FOR DEFENDANTS

*Original filed electronically.*
*Copy electronically served on all parties of record.*

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served on counsel for all parties of record by delivery in the following manner on April 22, 2025:

☐ U.S. Mail            ☐ FAX
☐ Hand Delivery        ☐ Overnight Courier
☐ Federal Express      ☐ Other
☒ CM/ECF

Signature: */s/ Eric Wessan*