**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| PENGUIN RANDOM HOUSE LLC;<br>HACHETTE BOOK GROUP, INC.;<br>HARPERCOLLINS PUBLISHERS LLC;<br>MACMILLAN PUBLISHING GROUP, LLC;<br>SIMON & SCHUSTER, LLC; THE AUTHORS<br>GUILD; LAURIE HALSE ANDERSON; JOHN<br>GREEN; MALINDA LO; JODI PICOULT;<br>MEGGAN VAN GUNDY, as parent and next<br>friend of G.V.G.; IOWA STATE EDUCATION<br>ASSOCIATION; LISA PETRIE; and EMILY<br>HOUSE,<br><br>            Plaintiffs,<br><br>            v.<br><br>JOHN ROBBINS, in his official capacity as<br>President of the Iowa State Board of Education;<br>MCKENZIE SNOW, in her official capacity as<br>Director of the Iowa Department of Education;<br>CHAD JANZEN, in his official capacity as Chair<br>of the Iowa Board of Educational Examiners;<br>JASON MENKE, RACHEL KENT,<br>KATHERINE HOWSARE, JENNY MEADE,<br>JOSH VANRYSWYK, CARISSA WILLIAMS,<br>and MARGARET YOUNG, in their official<br>capacities as Members of the Urbandale<br>Community School District Board of Education;<br>ROSALIE DACA, in her official capacity as<br>Urbandale Community School District<br>Superintendent; JUSTIN FLETCHER, BRIAN<br>RAUSCH, DANIEL DOERFLER, KATE<br>BALDWIN, and MICHELLE KELLY, in their<br>official capacities as Members of the Norwalk<br>Community School District School Board of<br>Directors; and SHAWN HOLLOWAY in his<br>official capacity as Norwalk Community School<br>District Superintendent,<br><br>            Defendants. | Case No. 4:23-cv-00478<br><br>**JOINT STATUS<br>REPORT** |

AFSDOCS:306201027.2

Pursuant to the Court's order setting a status and scheduling conference (ECF No. 126), the parties submit the following joint status report.

Counsel for the parties conferred with each other on June 2, 2026 and propose the following schedule:

(1)     Plaintiffs shall file an amended complaint asserting as-applied challenges by July 27, 2026.

(2)     The Parties shall confer and submit a proposed schedule for Defendants' response to the amended complaint and any associated briefing by August 10, 2026.  The State Defendants expect to file a motion to dismiss.

(3)     The Parties do not currently request a deadline for Rule 26 conferences and disclosures.

Dated:  June 4, 2026

WEINHARDT & LANTZ, P.C.

By: /s/ *Mark E. Weinhardt*
  Mark E. Weinhardt      AT0008280
  Todd M. Lantz          AT0010162
  Jason R. Smith         AT0014862
  2600 Grand Avenue, Suite 450
  Des Moines, Iowa 50312
  Telephone: (515) 244-3100
  mweinhardt@weinhardtlantz.com
  tlantz@weinhardtlantz.com
  jsmith@weinhardtlantz.com

  Frederick J. Sperling
  Adam J. Diederich
  Kirstie Brenson
  Meera Gorjala
  ArentFox Schiff LLP
  233 South Wacker Drive, Suite 7100
  Chicago, Illinois 60606
  Telephone: (312) 258-5500
  frederick.sperling@afslaw.com
  adam.diederich@afslaw.com
  kirstie.brenson@afslaw.com
  meera.gorjala@afslaw.com
  (admitted *pro hac vice*)

  *Attorneys for Plaintiffs*

  Christy A.A. Hickman    AT0000518
  Becky S. Knutson        AT0004225
  Katherine E. Schoolen   AT0010031
  Iowa State Education Association
  777 Third Street
  Des Moines, Iowa 50309
  Telephone: (515) 471-8004
  Christy.Hickman@isea.org
  Becky.Knutson@isea.org
  Katie.Schoolen@isea.org

  *Attorneys for the Educator Plaintiffs*

BRENNA BIRD
Attorney General of Iowa

/s/ *Eric Wessan*
Eric Wessan
Solicitor General

/s/ *Patrick Valencia*
Patrick Valencia
Deputy Solicitor General

Iowa Department of Justice
Hoover State Office Building
Des Moines, Iowa 50319
(515) 823-9117 / (515) 281-5191
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov
patrick.valencia@ag.iowa.gov

*Attorneys for the State Defendants*


AHLERS & COONEY, P.C.

/s/*Lindsay A. Vaught*
Miriam D. Van Heukelem (AT0010074)
Lindsay A. Vaught (AT0010517)
Emily Kolbe (AT0012313)
Logan S. Brundage (AT0014942)
100 Court Avenue, Suite 600
Des Moines, Iowa 50309
(515) 243-7611
(515) 243–2149 (fax)
mvanheukelem@ahlerslaw.com
lvaught@ahlerslaw.com
ekolbe@ahlerslaw.com
lbrundage@ahlerslaw.com

*Attorneys for the School District Defendants*

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys of record on June 4, 2026 via CM/ECF.

Signature:    /s/ Madison Politoski
              _____