**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| PENGUIN RANDOM HOUSE LLC; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS LLC; MACMILLAN PUBLISHING GROUP, LLC; SIMON & SCHUSTER, LLC; THE AUTHORS GUILD; LAURIE HALSE ANDERSON; JODI PICOULT; GRACE VAN GUNDY, | Case No. 4:23-cv-00478-SHL-SBJ |
| Plaintiffs, | **PLAINTIFFS' MOTION TO FILE EXHIBITS TO THIRD AMENDED COMPLAINT UNDER SEAL WITH THE CONSENT OF DEFENDANTS' COUNSEL** |
| v. | |
| JOHN ROBBINS, in his official capacity as President of the Iowa State Board of Education; MCKENZIE SNOW, in her official capacity as Director of the Iowa Department of Education; CHAD JANZEN, in his official capacity as Chair of the Iowa Board of Educational Examiners; MARGARET YOUNG, JOSH VANRYSWYK, HANNAH HORTON, KATHERINE HOWSARE, RACHEL KENT, RODRIGO SANTIZO, and CARISSA WILLIAMS, in their official capacities as Members of the Urbandale Community School District Board of Directors; ROSALIE DACA, in her official capacity as Urbandale Community School District Superintendent; CAROL ECKELS, SAM MCKNIGHT, JAMIE BUFFINGTON, DENNIS CHEERS, and AMBER TATE, in their official capacities as Members of the East Union Community School District Board of Directors; JUSTIN JEFFS, in his official capacity as East Union Community School District Superintendent; MARTY CHITTY, TOM MAIER, TORI CARSRUD, LEANNE HARTER, and EMILY SCHAACK, in their official capacities as Members of the Nevada Community School District Board of Directors; STEVE GRAY, in his official capacity as Nevada Community School District Superintendent, | |
| Defendants. | |

1

4926-9843-0400, v. 1

Pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Rule 5(c), Plaintiffs move for leave to file certain exhibits to their Third Amended Complaint under seal.  In support of their motion, Plaintiffs state as follows:

1.      On June 8, 2026, the Court granted Plaintiffs leave to file their Third Amended Complaint by July 27, 2026.  (ECF No. 128.)

2.      Plaintiffs' Third Amended Complaint will bring as-applied claims challenging the constitutionality of the removal of nine books from high school libraries under Senate File 496's prohibition on school library books that contain a description of a "sex act," as defined by Iowa Code (the "Library Restriction").

3.      Plaintiffs allege that these removals violate the First Amendment to the U.S. Constitution because the removals are not reasonably related to any legitimate pedagogical purpose given the pedagogical value of each book as a whole.

4.      In support of their Third Amended Complaint, Plaintiffs wish to attach as exhibits complete, searchable PDF copies of the books at issue.

5.      These complete, searchable PDFs will assist the Court and the Parties in adjudicating Plaintiffs' claims, including in determining the value of each book as a whole and evaluating whether the books in question contain content that falls within the scope of the Library Restriction.

6.      Filing electronic copies of the books in the public case file will endanger Plaintiffs' intellectual property by making PDFs of the books' full text freely available.

7.      While there is a presumption of a common-law right of access to judicial records, that right is not absolute.  *See Flynt v. Lombardi*, 885 F.3d 508, 511 (8th Cir. 2018).  Courts determine whether the presumption can be overcome by "balancing the interests served by the

4926-9843-0400, v. 1

common-law right of access against the salutary interests served by maintaining confidentiality of the information sought to be sealed." *Id.* The presumption "may be overcome if the party seeking to keep the records under seal provides compelling reasons." *Id.*

8.      Here, Plaintiffs have a compelling interest in not making full-text, infinitely reproducible PDFs of their copyrighted works publicly available. That interest outweighs the common-law presumption of access.

9.      Plaintiffs' counsel will serve copies of the exhibits on Defendants' counsel pursuant to Public Administrative Order No. 25-AO-5-P.

10.     On July 22, 2026, counsel for Plaintiffs contacted counsel for Defendants, who consent to this motion.

WHEREFORE, Plaintiffs request leave to file complete PDF copies of the books at issue as exhibits to the Third Amended Complaint under seal.

Dated:  July 23, 2026                         WEINHARDT & LANTZ, P.C.

By:  /s/ Mark E. Weinhardt
     Mark E. Weinhardt        AT0008280
     Todd M. Lantz            AT0010162
     Jason R. Smith           AT0014862
     2600 Grand Avenue, Suite 450
     Des Moines, Iowa 50312
     Telephone: (515) 244-3100
     mweinhardt@weinhardtlantz.com
     tlantz@weinhardtlantz.com
     jsmith@weinhardtlantz.com

     Frederick J. Sperling
     Adam J. Diederich
     Kirstie Brenson
     ArentFox Schiff LLP
     233 South Wacker Drive, Suite 7100
     Chicago, Illinois 60606
     Telephone: (312) 258-5500
     frederick.sperling@afslaw.com

4926-9843-0400, v. 1

adam.diederich@afslaw.com
kirstie.brenson@afslaw.com
(admitted *pro hac vice*)

*Attorneys for Plaintiffs*

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy all attorneys of record on July 23, 2026 via CM/ECF.

By: _/s/_ Maura McNally

4

4926-9843-0400, v. 1