**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| PENGUIN RANDOM HOUSE LLC; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS LLC; MACMILLAN PUBLISHING GROUP, LLC; SIMON & SCHUSTER, LLC; THE AUTHORS GUILD; LAURIE HALSE ANDERSON; JODI PICOULT; GRACE VAN GUNDY, | Case No. 4:23-cv-00478-SHL-SBJ |
| | **JOINT MOTION TO SET BRIEFING SCHEDULE FOR ANSWERS OR PRE-ANSWER MOTIONS** |
| Plaintiffs, | |
| v. | |
| JOHN ROBBINS, in his official capacity as President of the Iowa State Board of Education; MCKENZIE SNOW, in her official capacity as Director of the Iowa Department of Education; CHAD JANZEN, in his official capacity as Chair of the Iowa Board of Educational Examiners; MARGARET YOUNG, JOSH VANRYSWYK, HANNAH HORTON, KATHERINE HOWSARE, RACHEL KENT, RODRIGO SANTIZO, and CARISSA WILLIAMS, in their official capacities as Members of the Urbandale Community School District Board of Directors; ROSALIE DACA, in her official capacity as Urbandale Community School District Superintendent; CAROL ECKELS, SAM MCKNIGHT, JAMIE BUFFINGTON, DENNIS CHEERS, and AMBER TATE, in their official capacities as Members of the East Union Community School District Board of Directors; JUSTIN JEFFS, in his official capacity as East Union Community School District Superintendent; MARTY CHITTY, TOM MAIER, TORI CARSRUD, LEANNE HARTER, and EMILY SCHAACK, in their official capacities as Members of the Nevada Community School District Board of Directors; STEVE GRAY, in his official capacity as Nevada Community School District Superintendent, | |
| Defendants. | |

The Plaintiffs, joined by all parties, move the Court to set a briefing schedule on any answers or pre-answer motions in response to the Third Amended Complaint.  In support of this motion, the Plaintiffs state as follows:

1.      On July 27, 2026, the Plaintiffs filed a Third Amended Complaint in this case. (ECF No. 132.)  The Court directed the parties to confer and submit a proposed schedule for the Defendants' response to the Third Amended Complaint by August 10, 2026.  (ECF No. 128.)

2.      The Plaintiffs and all Defendants have conferred on an appropriate briefing schedule.[1]  The State Defendants anticipate that they will move to dismiss the Third Amended Complaint.  The School District Defendants have not yet determined whether they will move to dismiss the Third Amended Complaint.

3.      The parties propose that the Defendants file any answer or pre-answer motion by September 28, 2026; the Plaintiffs resist any motion by November 12, 2026; and the Defendants reply in support of any motion by December 10, 2026.

4.      The Plaintiffs also request that, if both the State Defendants and the School District Defendants file separate pre-answer motions, the Plaintiffs be granted leave to file one consolidated resistance brief of up to 40 pages, which is the same number of pages they would be allowed if they filed two separate briefs.  The School District Defendants do not resist this request. The State Defendants resist this request as premature.

5.      All parties join this Motion.

WHEREFORE, the Plaintiffs request that the Court set a briefing schedule on any answers or pre-answer motions as set forth herein.

---

[1]      Ahlers & Cooney, P.C. will be filing appearances to represent the School District Defendants from East Union CSD and Nevada CSD.

Dated:  August 10, 2026                         WEINHARDT & LANTZ, P.C.

                                               By:  /s/ Mark E. Weinhardt
                                                    Mark E. Weinhardt        AT0008280
                                                    Todd M. Lantz            AT0010162
                                                    Jason R. Smith           AT0014862
                                                    2600 Grand Avenue, Suite 450
                                                    Des Moines, Iowa 50312
                                                    Telephone: (515) 244-3100
                                                    mweinhardt@weinhardtlantz.com
                                                    tlantz@weinhardtlantz.com
                                                    jsmith@weinhardtlantz.com

                                                    Frederick J. Sperling
                                                    Adam J. Diederich
                                                    Kirstie Brenson
                                                    ArentFox Schiff LLP
                                                    233 South Wacker Drive, Suite 7100
                                                    Chicago, Illinois 60606
                                                    Telephone: (312) 258-5500
                                                    frederick.sperling@afslaw.com
                                                    adam.diederich@afslaw.com
                                                    kirstie.brenson@afslaw.com
                                                    (admitted *pro hac vice*)

                                                    *Attorneys for Plaintiffs*

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy all attorneys of record on August 10, 2026 via CM/ECF.

By:   /s/Madison Politoski

3